**PLAINTIFF'S WITNESS LIST IN CASE NO. 18-cv-02914-JLK**

**TRACY HOUSTON v. UNITED STATES OF AMERICA**

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Officer Myles C. Shiflet<br>Grand Junction Police Department | *[Direct: 20 minutes, Cross: 10 minutes, Total: 30 minutes]* | Monday, April 27, 2020 |
| Kenyon Hendricks, EMT<br>Grand Junction Fire – EMS | *[Direct: 10 minutes, Cross: 5 minutes, Total: 15 minutes]* | Monday, April 27, 2020 |
| Adam Cota, M.D.<br>SMMG Orthopedics | *[Direct: 1 hour 30 minutes, Cross: 30 minutes, Total: 2 hours]* | Monday, April 27, 2020 |
| Penny Hagel | *[Direct: 30 minutes, Cross: 10 minutes, Total: 40 minutes]* | Monday, April 27, 2020 |
| Lynn Price, M.D.<br>Primary Care Partners (Family Physicians of Western Colorado) | *[Direct: 50 minutes, Cross: 10 minutes, Total: 1 hour]* | Monday, April 27, 2020 |
| Bob McCarroll | *[Direct: 20 minutes, Cross: 10 minutes, Total: 30 minutes]* | Monday, April 27, 2020 or Tuesday, April 28, 2020 |
| Kenneth C. Lewis, M.D.<br>Western Rockies Interventional Pain Specialists | *[Direct: 2 hours, Cross: 1 hour;, Total: 2.5 hours]* | Tuesday, April 28, 2020 |
| John L. Gustavson, Ph.D.<br>Psychology Associates | *[Direct: 1 hour, Cross: 30 minutes, Total: 1.5 hours]* | Tuesday, April 28, 2020 |
| Dave Lester | *[Direct: 20 minutes, Cross: 10 minutes, Total: 30 minutes]* | Tuesday, April 28, 2020 |
| Edith Johnston, Ph.D.<br>How to Life Consultants | *[Direct: 2 hours, Cross: 30 minutes, Total: 2 hours 30 minutes]* | Tuesday, April 28, 2020 or Wednesday, April 29, 2020 |
| Francine Mazone, LCP<br>Mazone & Associates | *[Direct: 1 hour, Cross: 30 minutes, Total: One hour 30 minutes]* | Wednesday, April 29, 2020 |

# PLAINTIFF'S WITNESS LIST IN CASE NO. 18-cv-02914-JLK

## TRACY HOUSTON v. UNITED STATES OF AMERICA

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Jeffrey Opp<br>Opp & Associates | *[Direct: 45 minutes, Cross: 15 minutes, Total: 1 hour]* | Wednesday, April 29, 2020 |
| Tracy Houston | *[Direct: 2.5 hours, Cross: 1 hour, Total: 3 hours,]* | Wednesday, April 29, 2020 |
| Any person identified on Defendant's witness list. | | |
| Any witness necessary for impeachment or rebuttal. | | |
| Any witness necessary for the foundation and/or authentication of any document or exhibit. | | |
| Any witness identified in discovery by either party. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |