**UNIFIED TRIAL EXHIBIT LIST IN CASE NO. 18-cv-02914-JLK**

*TRACY HOUSTON v. UNITED STATES OF AMERICA*

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 1. | State of Colorado Traffic Accident Report and Grand Junction Police Department Investigative Report (Bates-labeled Houston, T 089-090) | X | | | | |
| 2. | Photographs of Property Damage by Grand Junction Police Department (Bates-labeled Houston, T 091, 094, 102, 106-107, 113-115, 122-123, 131, 141-142, 147) | | | | Fed. R. Evid. 401-403 as to photos that are not of Plaintiff's vehicle; and of Plaintiff's vehicle to the extent it is used as evidence of property damages not at issue in the case. | |

---

[1] The parties have conferred in good faith concerning potential stipulations to narrow or eliminate objections to exhibits, and have agreed to continue to do so as trial approaches. To the extent the parties are able to reach further agreement on objections or stipulations, they will promptly notify the Court.

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 3. | Property Damage to Jeep Photos (Bates-labeled Houston, T 007-009) taken by Brian Clark clearly depicting damages to Tracy Houston's vehicle. | | | | No objection except to extent photos of Plaintiff's vehicle (Houston, T 102, 106-07) are intended as evidence of property damage, to which Defendant objects under FRE 401-3 for relevance, confusion of the issues, cumulative testimony, and unfair prejudice. | |
| 4. | Photographs – Tracy Houston's Injuries taken in St. Mary's Hospital by Susie Conner and Madonna Hayes between December 1-12, 2016 clearly depicting injuries, apparatuses, incisions, bruises pre-and post surgery (Bates-labeled Houston, T 001-006) | X | | | | |
| 5. | Houston Volunteer History (Bates-labeled Houston, T 160-161) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 801-02 (hearsay) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 6. | Local Color February 2017 Article (Bates-labeled Houston, T 162-164) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 801-02 (hearsay) | |
| 7. | Houston – Curriculum Vitae – Board (Bates-labeled Houston, T 154-159) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 801-02 (hearsay) | |
| 8. | Houston- Photographs of Noteworthy Accomplishments (Bates-labeled Houston, T 165-169) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 801-02 (hearsay); 901 (authentication, foundation) | |
| 9. | Photographs of Hiking and Activities (Bates-labeled Houston, T 170-188) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 901 (authentication, foundation) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 10. | Grand Canyon Backpacking Flyer (Bates-labeled GCBP 001-002) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 901 (authentication, foundation) | |
| 11. | 2011 Holiday Card Photos (Bates-labeled 2011 Holiday Card Photo 001-037) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 901 (authentication, foundation) | |
| 12. | 2012 Holiday Card Photos (Bates-labeled 2012 Holiday Card Photo 001-017) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues; cumulative; unfair prejudice); 901 (authentication, foundation) | |
| 13. | Medical Billing Summary (Bates-labeled MedEx Sum 001-007) | | | | Fed. R. Evid. 602 (lack of personal knowledge); 901 (authentication, foundation); 1006 (accuracy of summary; inclusion of irrelevant expenses unrelated to incident) | |

| 14. | Medical Bills as itemized in Medical Billing Summary<br><br>• Anesth Consult.b 001-002<br>• Grd Jct Amb.b 001<br>• Colo West Emerg Phys.b 001<br>• Grand Mesa.b 2<br>• Home Care.b 001-003<br>• Primary Care Part.b 001-010<br>• Gustavson.b 001<br>• Larchwood Inns.b 001<br>• Mtn Aire Med Sup.b 001<br>• Rcky Mtn Ortho.b 001-015<br>• St. Marys.b 001-028<br>• Western Colo Rad.b 001-002<br>• WMA.b 001<br>• APS.b 003<br>• James.b 001-003<br>• St. Marys Neuro.b 001<br>• Johnston.b 001-030<br>• Russell.b 001-002<br>• Core Health.b 001-007<br>• City Pharm 001-005<br>• Rx Outreach.b 001<br>• OrthoAspen.b 001<br>• FHW.b 001-007<br>• Price.b 001-004<br>• CCAR.b 001-012<br>• TTCI.b 001<br>• Whitesides.b 001<br>• WCN.b 001-002 | | | | Fed. R. Evid. 401-3 (relevance, confusion of the issues, unfair prejudice), 602 (lack of personal knowledge), 801-2 (hearsay). | |
|---|---|---|---|---|---|---|

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 15. | Radiology CDs from St. Mary's Medical Center<br><br>12.1.16 R Ankle X-rays 2+3<br>12.1.16 R Hand X-rays<br>12.1.16 R Knee X-rays<br>12.1.16 R Wrist X-rays<br>12.1.16 CTs R Lower Extremity<br>12.6.16 Ultrasound<br>12.6.16 R Ankle X-rays<br>12.4.18 R Ankle X-rays<br>3.5.19 CT | | | | Fed. R. Evid. 401-3 (relevance, confusion of the issues, cumulative, unfair prejudice), 602 (lack of personal knowledge). | |
| 16. | Radiology CD from Rocky Mountain Orthopaedic Associates<br><br>12.21.16 R Knee X-rays<br>12.21.16 R Ankle X-rays<br>1.19.17 R Knee X-rays<br>1.19.17 R Ankle X-rays<br>3.1.17 R Knee X-rays<br>3.1.17 R Ankle X-rays<br>3.29.17 R Ankle X-rays | | | | Fed. R. Evid. 401-3 (relevance, confusion of the issues, cumulative, unfair prejudice), 602 (lack of personal knowledge). | |
| 17. | Radiology CD from OrthoAspen<br><br>2.11.19 R Ankle X-rays<br>2.11.19 R Foot X-rays | | | | Fed. R. Evid. 401-3 (relevance, confusion of the issues, cumulative, unfair prejudice), 602 (lack of personal knowledge) | |
| 18. | Life Care Plan prepared by Francine Mazone | | | | Fed. R. Evid. 403 (unfair prejudice, cumulative); 801-02 (hearsay) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 19. | Life Care Plan Tables prepared by Francine Mazone | | | | Fed. R. Evid. 403 (relevance, confusion of the issues, cumulative, unfair prejudice); 703 (not reasonably relied upon); 801-02 (hearsay) | |
| 20. | Supplemental Life Care Plan Tables prepared by Francine Mazone | | | | Fed. R. Evid. 403 (relevance, confusion of the issues, cumulative unfair prejudice); 703 (not reasonably relied upon); 801-02 (hearsay) | |
| 21. | CV of Francine Mazone | X | | | | |
| 22. | Life Care Plan Expense Report prepared by Jeff Opp dated 9.30.2019 | | | | Fed. R. Evid. 403 (cumulative, unfair prejudice); 801-02 (hearsay) | |
| 23. | Spreadsheet/Charts to original Life Care Plan Expense Report prepared by Jeff Opp | | | | Fed. R. Evid. 403 (relevance, confusion of the issues, cumulative, unfair prejudice); 703 (not reasonably relied upon); 801-02 (hearsay) | |
| 24. | Supplemental Life Care Plan Expense Report prepared by Jeff Opp dated 3.17.2020 | | | | Fed. R. Evid. 403 (cumulative, unfair prejudice); 801-02 (hearsay) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 25. | Spreadsheets/Charts to Supplemental Life Care Plan Expense Report prepared by Jeff Opp on | | | | Fed. R. Evid. 403 (relevance, confusion of the issues, cumulative unfair prejudice); 703 (not reasonably relied upon); 801-02 (hearsay) | |
| 26. | CV of Jeff Opp | X | | | | |
| 27. | Narrative Report prepared by Adam Cota, M.D. (Bates-labeled Rcky Mtn Ortho 061-064 and 1.12.18 SWM Narrative Request to to Cota | | | | Fed. R. Evid. 403 (cumulative, unfair prejudice); 801-02 (hearsay) | |
| 28. | CV of Adam Cota, M.D. | X | | | | |
| 29. | Supplemental Rebuttal Report of John L. Gustavson, Ph.D. | | | | Fed. R. Evid. 403 (cumulative, unfair prejudice); 801-02 (hearsay) | |
| 30. | CV of John L. Gustavson, Ph.D. | X | | | | |
| 31. | Supplemental Rebuttal Report of Edith Johnston, Ph.D. | | | | Fed. R. Evid. 403 (cumulative, unfair prejudice, confusion of the issues); 801-02 (hearsay) | |
| 32. | CV of Edith Johnston, Ph.D. | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 33. | Supplemental Rebuttal Report of Kenneth C. Lewis, M.D. | | | | Fed. R. Evid. 403 (cumulative, confusion of the issues, unfair prejudice); 801-02 (hearsay) | |
| 34. | CV of Kenneth C. Lewis, M.D. | X | | | | |
| 35. | USPS Accident Report (Bates-labeled USA 100-103) | | | | Fed. R. Evid. 602 (lack of personal knowledge) | |
| 36. | USPS Letter to Terrell (Bates-labeled USA 108-109) | | | | Fed. R. Evid. 602 (lack of personal knowledge); subject to protective order | |
| 37. | Terrell Written Answers to Questions (Bates-labeled USA 157-159) | | | | Fed. R. Evid. 602 (lack of personal knowledge) | |
| 38. | Select Communications with Goldman's Office (Bates No. USA 185, 193-194) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues, unfair prejudice); 602 (lack of personal knowledge); 801-02 (hearsay) | |
| 39. | Stephen S. Kalat Ph.D Invoices (Bates-labeled USA 000207-000209) | | | | Fed. R. Evid. 801-02 (hearsay) | |
| 40. | L. Barton Goldman, M.D. Invoices (Bates-labeled USA 000205-000206) | | | | Fed. R. Evid. 801-02 (hearsay) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 41. | Aerial and Street View of Accident Intersection (Google Earth) | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues, misleading the factfinder); 901 (authentication, foundation) | |
| 42. | Demonstrative – Presurgery Knee X-ray | X | | | | |
| 43. | Demonstrative – Presurgery Ankle X-rays | X | | | | |
| 44. | Demonstrative – Ankle CT w/External Hardware | X | | | | |
| 45. | Demonstrative – 1.19.17 Knee X-ray | X | | | | |
| 46. | Demonstrative – 1.19.17 Ankle X-ray | X | | | | |
| 47. | Demonstrative – Normal Knee X-ray | | | | Fed. R. Evid. 401-403 (relevance, confusion of the issues, misleading the factfinder); 901 (authentication, foundation) | |
| 48. | Demonstrative – Ankle Ligaments | X | | | | |
| 49. | Demonstrative – Ankle Bone | X | | | | |
| 50. | Demonstrative – OrthoAspen Images dated 12.11.19 | X | | | | |
| | | | | | | |

10

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 52. | Grand Junction Ambulance Medical Records  *Bates No. Grd Jct Amb 001-06* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 53. | St. Mary's Medical Center Records  *Bates No. St Mary's. med recs 001-12* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 54. | Kaiser Medical Records  *Bates No. USA KAISER 000050, 000060, 000065-67* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 55. | Primary Care Partners Medical Records  *Bates Primary Care Part 012, 015-17, 022-23, 061-63, 092-100, 109, 120-21, 123, 131-38, 147, 167-70, 186-94, 203-07, 211-18* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 56. | Rocky Mountain Orthopedics Medical Records  *Bates No. Rky Mtn Ortho 001-02, 010-11, 024, 032, 039-40, 049-50, 065-67* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 57. | SCL Health Medical Group – Neurology / St. Mary's Neurology<br><br>*Bates No. St. Mary's Neuro 001-07* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 58. | Colorado Canyons Hospital Medical Records<br><br>*Bates No. 001-50* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 59. | Core Health Strategies Medical Records<br><br>*Bates No. 001-16* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 60. | Psychological Associates Medical Records<br><br>*Bates No. Gustavson 001-10* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 61. | How to Life Consultants, LLC Medical Records<br><br>*Bates No. Johnston 001-33* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 62. | Colorado Injury & Pain Specialists Medical Records<br><br>*Bates No. James 001-12* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 63. | Redrock Integrative Medicine Medical Records<br>*Bates No. Price 001-14* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 64. | Family Health West Medical Records<br>*Bates No. FHW 001-39* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 65. | OrthoAspen Medical Records<br>*Bates No. Ortho Aspen 001-05* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 66. | The Thermogram Center Medical Records<br>*Bates No. TTCI 001-08* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 67. | SCHL Medical Group Western Colorado – Whitesides Medical Records<br>*Bates No. Whitesides 001-05* | Stipulation to Authenticity Alone | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony), 801-02 (hearsay); 901 (foundation) | |
| 68. | Mazone File Documents and Notes<br>*Bates No. Mazone File 001-32* | | | | Fed. R. Evid. 401-403 (relevance, cumulative of testimony); 801-802 (hearsay) | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 69. | Response to Questionnaire, Dr. Lewis<br><br>*Lewis Depo. Ex. 9* | X | | | | |
| 70. | Response to Questionnaire, Lisa Jacobson | X | | | | |
| 71. | Response to Questionnaire, Dr. Johnston<br><br>*Johnston Depo Ex. 10* | X | | | | |
| 72. | Response to Questionnaire, Dr. Ellen Price<br><br>*Ellen Price Depo. Ex. 4* | X | | | | |
| 73. | Curriculum Vitae of L. Barton Goldman, MD | X | | | | |
| 74. | Resume of Stephen S. Kalat, Ph.D. | X | | | | |
| 75. | Curriculum Vitae of Ellen W. Price, DO<br><br>*Ellen Price Depo. Ex. 1* | X | | | | |
| 76. | J. Douglas Bremner, MD, Neuroimaging in Posttraumatic Stress Disoder and Other Stress-related Disorders<br><br>*Gustavson Depo. Ex. 6* | X | | | | |
| 77. | U.S. Department of Veterans Affairs PTSD: National Center for PTSD<br><br>*Johnston Depo. Ex. 6* | X | | | | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJ.[1] | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 78. | Michele Rosenthal, The Science Behind PTSD Symptoms<br><br>*Johnston Depo. Ex. 7* | X | | | | |
| 79. | J. Douglas Bremner, MD, Traumatic stress: effects on the brain<br><br>*Johnston Depo. Ex. 8* | X | | | | |
| 80. | How PTSD and Trauma Affect Your Brain Functioning<br><br>*Johnston Depo. Ex. 9* | X | | | | |
| 81. | CV of Lisa Jacobson, MM, MSM | X | | | | |

In addition, the Parties reserve the right to use at trial and to supplement the exhibit list to include the following:

1. Any exhibits, documents, or materials identified by the parties in disclosures and discovery.

2. Any documents produced in discovery by way of discovery response or as an exhibit to a deposition.

3. Any exhibit needed for rebuttal or impeachment.

4. Demonstrative exhibits to explain and support opinions including medical literature, anatomical drawings, videos, PowerPoint, Spreadsheets, and other demonstrative aids.

5. Exhibits necessary for foundation and authentication purposes.